

| | | | |
|---|---|---|---|
| Com. v. Shields [15] . . . . . . . . . . . . . . . . . . . . | 2004 WDA 2015 Affirmed | 12/20/2016 | CP–02–CR–0013368– 2008 (Allegheny) |
| Deutsche Bank v. DePanicis . . . . . . . . . . . | 277 WDA 2016 Affirmed | 12/20/2016 | No. 324 of 2012 (Westmoreland) |
| Zielke v. Mullen [16] . . . . . . . . . . . . . . . . . . . . | 3174 EDA 2015 Reversed and Remanded | 12/21/2016 | No. 11–006646 (Delaware) |
| AS Peleus v. Alston . . . . . . . . . . . . . . . . . . . | 3394 EDA 2015 Affirmed | 12/21/2016 | 080803084 August Term, 2008 (Philadelphia) |
| Com. v. Mowatt . . . . . . . . . . . . . . . . . . . . . . | 371 EDA 2016 Affirmed | 12/21/2016 | CP–09–CR–0005277– 2012 (Bucks) |
| Com. v. Shakespeare . . . . . . . . . . . . . . . . . | 511 EDA 2016 Affirmed | 12/21/2016 | CP–23–CR–0003751– 2015 (Delaware) |
| Bayview Loan Servicing, LLC v. Rutledge . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 609 EDA 2016 Affirmed | 12/21/2016 | January Term 2011 No. 03691 (Philadelphia) |
| Com. v. Funk . . . . . . . . . . . . . . . . . . . . . . . | 843 EDA 2016 Affirmed | 12/21/2016 | CP–09–CR–0003668– 2007 (Bucks) |
| Com. v. Aziz . . . . . . . . . . . . . . . . . . . . . . . . | 883 EDA 2016 Affirmed | 12/21/2016 | CP–51–CR–0107501– 1999 CP–51–CR–0107511– 1999 (Philadelphia) |
| Com. v. Austin [17] . . . . . . . . . . . . . . . . . . . . | 886 EDA 2016 Affirmed | 12/21/2016 | CP–48–CR–0002008– 2008 (Northampton) |
| Com. v. Deasey . . . . . . . . . . . . . . . . . . . . . | 1390 EDA 2016 Affirmed | 12/21/2016 | CP–15–CR–0000025– 2014 (Chester) |
| In the Interest of: Z.E.W.–Z. . . . . . . . . . . | 1768 EDA 2016 Affirmed | 12/21/2016 | CP–51–AP–0000737– 2015 CP–51–DP–0001344– 2012 (Philadelphia) |
| In the Interest of: Z.E.W.–C. . . . . . . . . . . | 1842 EDA 2016 Affirmed | 12/21/2016 | CP–51–AP–0000737– 2015 CP–51–DP–0001344– 2012 (Philadelphia) |
| In the Interest of: D.A.–S.W. . . . . . . . . . . | 1843 EDA 2016 Affirmed | 12/21/2016 | CP–51–AP–0000738– 2015 CP–51–DP–0001343– 2012 (Philadelphia) |

**15.** Petition for reargument denied March 1, 2017.
**16.** Petition for reargument denied February 16, 2017.
**17.** Petition for reargument denied February 16, 2017.